# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN COUNCIL OF THE BLIND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> TIM HORNE, in his official capacity, and UNITED STATES GENERAL SERVICES ADMINISTRATION, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:14-cv-00671-BAH <br> The Honorable Beryl A. Howell |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Both parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action with prejudice.

Dated: March 9, 2017                                       Respectfully submitted,


*s/ Lewis S. Wiener*                                       CHAD A. READLER
Lewis S. Wiener, Esq. (DC Bar #414479)                     Acting Assistant Attorney General
EVERSHEDS SUTHERLAND (US) LLP
700 Sixth Street NW                                        JOSHUA E. GARDNER
Suite 700                                                  Assistant Branch Director,
Washington, DC 20001                                       Federal Programs Branch
Telephone:  202.383.0140
Email:  lewiswiener@eversheds-sutherland.com

                                                           *s/Nathan M. Swinton*
Matthew K. Handley (DC Bar #489946)                        NATHAN M. SWINTON (NY Bar)
WASHINGTON LAWYERS'                                        KATHRYN C. DAVIS (DC Bar No.
COMMITTEE FOR CIVIL RIGHTS                                 985055)
AND URBAN AFFAIRS                                          United States Department of Justice
11 Dupont Circle NW                                        Civil Division
Suite 400                                                  Federal Programs Branch
Washington, DC 20036                                       20 Massachusetts Avenue NW
Telephone:  202-319-1000                                   Washington, DC 20530
Email:  Matthew_handley@washlaw.org                        Telephone: (202) 305-7667
                                                           Nathan.M.Swinton@usdoj.gov

*Attorneys for Plaintiffs*                                 *Attorneys for Defendants*